| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ITB 18-021308<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Christopher A. DeNardo - 250782017<br>Chandra M. Arkema - 029552006<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Courtney A. Martin - 098782016<br>Elizabeth L. Wassall - 023211995<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 | Order Filed on December 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>VIVIAN M. MALDONADO, DEBTOR | CASE NO.: 17-17682-ABA<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 18, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. It is ORDERED that the Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

Land and premises commonly known as Lot 36 Block 5004 F/K/A Lot 10 block 754 Commonly known as 766 S Valley Avenue, Vineland, New Jersey 08360.

2. It is ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursing other loss mitigation alternative, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property as sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. It is ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor Eduardo Leonardo, to permit the Plaintiff to pursue its rights in the real property described above.

4. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.